# CASES DETERMINED

# January Term, 1906.

---

PROSPECT HILL LAND COMPANY, Appellant, vs. CITY OF MIL-
WAUKEE and another, Respondents.

*October 3, 1905—January 9, 1906.*

*Affirmance on equal division.*

APPEAL from a judgment of the superior court of Milwau-
kee county: J. C. LUDWIG, Judge. *Affirmed.*

For the appellant there was a brief by *Spooner & Rose-
crantz,* attorneys, and *C. H. Van Alstine,* of counsel, and oral
argument by *C. M. Rosecrantz.*

For the respondents there was a brief by *Carl Runge,* city
attorney, and *R. S. Witte,* assistant city attorney, and oral
argument by *Mr. Witte.*

The following decision was rendered October 24, 1905:

*By the Court.*—The judgment affirmed, upon equal division
of the court.

A motion for rehearing was denied January 9, 1906.